JAP:TAD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

12-214M

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

AFOLAKE AWOYEMI,

Defendant.

PRE-ARRAIGNMENT
**C O M P L A I N T**
(21 U.S.C. §§ 952(a)
and 960)

*federal defenders' appointed*

- - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

JOHN MOLONEY, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, ("HSI"), duly appointed according to law and acting as such.

Upon information and belief, on or about February 29, 2012, within the Eastern District of New York and elsewhere, defendant AFOLAKE AWOYEMI did knowingly, intentionally and unlawfully import into the United States from a place outside thereof heroin, a Schedule I controlled substance.

(Title 21, United States Code, Sections 952(a) and 960).

The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1. At approximately 4:00 p.m. on February 29, 2012, defendant AFOLAKE AWOYEMI arrived at John F. Kennedy International Airport in Queens, New York, aboard Air France Flight No. 06, originating in Paris, France.

2. During an examination, a Customs and Border Protection ("CBP") Inspector noticed that defendant AFOLAKE AWOYEMI appeared unusually nervous; she could not maintain eye contact and her explanation of the purpose of her visit contained numerous inconsistencies. The CBP officer noticed that the defendant AFOLAKE AWOYEMI was wearing a loose-fitting dress and asked whether she was pregnant. The defendant AFOLAKE AWOYEMI responded that she was three months pregnant. Due to the defendant's nervous behavior, she was selected for a pat-down inspection. During the pat-down, the defendant continued to appear nervous. The CBP officer feld a bulge in the defendant AFOLAKE AWOYEMI's groin area. The officer requested and received permission to conduct a partial strip search. When the defendant AFOLAKE AWOYEMI's undergarments were removed, three pellets fell to the ground. The defendant, AFOLAKE AWOYEMI then removed a white cloth from inside her vaginal cavity and seven more pellets fell to the ground. One of the pellets was probed, revealing a brown powdery substance that field tested positive for heroin.

3. The defendant was thereafter transported to the medical facility at JFK, at which she was administered a pregnancy test. The pregnancy test indicated that the defendant was not pregnant. The defendant consented to an x-ray. The x-ray revealed the presence of foreign bodies in the defendant's intestinal tract. The defendant subsequently passed 15 pellets, one of which was probed, revealing a brown powdery substance that field tested positive for heroin.

4. Defendant AFOLAKE AWOYEMI will be detained at the JFK medical facility until such time as she has passed all of the pellets contained within her intestinal tract.

WHEREFORE, your deponent respectfully requests that defendant be dealt with according to law.

JOHN MOLONEY
Special Agent
HSI

Sworn to before me this
1st day of March, 2012

HONORABLE ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK